IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| WESLEY THOMPSON,<br><br>                          Plaintiff,<br><br>– against–<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>                          Defendant. | Civ. No. 3:23-CV-00040-DCLC-JEM<br><br>**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.</u>** |

## STIPULATION OF DISMISSAL

      In response to Doc. 13, and in compliance with the Order of this Honorable Court, the attorney of record for the Plaintiff in the above-entitled action states: that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is stipulated as dismissed, without prejudice, as to the only remaining defendant: Experian Information Solutions Inc.

Dated: Monday, June 19, 2023

                                              **Respectfully and Humbly Submitted:**

                                              **Philip Swan, Esq.**
                                              **BPR #036221**
                            Law Offices of Robert S. Gitmeid & Assoc., PLLC
Mailing: ATTN: Philip Swan // 180 Maiden Lane, 27th Floor // New York, NY 10038
            Local: 625 Market Street, ste 400 // Knoxville, Tennessee 37902
                                        Telephone: (865) 315-8140
                                Fax: ATTN: Philip Swan // (212) 208-2591
                                                  philip.s@gitmeidlaw.com